**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7025**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

      versus

CLINTON BERNARD FRAZIER-EL,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (CR-96-469-WMN, CA-01-3412-HNM)

_____

Submitted:  September 5, 2002      Decided:  September 11, 2002

_____

Before MOTZ, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Clinton Bernard Frazier-El, Appellant Pro Se.  Tarra R. DeShields-Minnis, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clinton Bernard Frazier-El seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Frazier-El has not made a substantial showing of the denial of a constitutional right. United States v. Frazier-El, Nos. CR-96-469-WMN; CA-01-3412-HNM (D. Md. June 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2